UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:  
HOLDINGS OF SOUTH FLORIDA, INC.  
    Debtor(s).

CASE NO.: 3:19-bk-1219-JAF  
Chapter 11

_____/

## NOTICE OF FILING AMENDED SCHEDULE B AND AMENDED SUMMARY OF SCHEDULES

The Debtor gives notice of amending Schedule B. The amendment impacts Accounts Receivable, B#11.

The original Schedule B#11 reflected:

- Accounts receivable - $56,693.25
    - Note: These receivables relate to Strategic Dealer Services
- Accounts receiavable - $61,114.50
    - Note: These receivables relate to New Deal Auto Acceptance

Amended Schedule B#11 reflects:

- Accounts receivable – net value $49,134.15
    - Note: These receivables relate to Strategic Dealer Services
- Accounts receivable –net value $52,965.90
    - Note: These receivables relate to New Deal Auto Acceptance
- Accounts receivable – net value $134,444
    - Note: These receivables relate to Credit Acceptance Corporation, In-House Financing, unpaid tag/title work and AMAC.

Respectfully submitted this 19th day of July, 2019.

Law Offices of Mickler & Mickler

By: /s/ Taylor J. King  
    TAYLOR J. KING  
Attorney for Debtor  
5452 Arlington Expressway  
Jacksonville, FL 32211

(904) 725-0822\FAX 725-0855
Florida Bar No. 72049

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the <u>Amended Schedule B and accompanying declaration</u> were to the U.S. Trustee's Office and all parties registered for electronic filing, by CM/ECF electronic filing, this 19th day of July, 2019.

                Law Offices of Mickler & Mickler

                By: */s/ Taylor J. King*
                   TAYLOR J. KING
                   Attorney for Debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Holdings of South Florida, Inc. |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | 3:19-bk-01219 |

☒ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals  12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from Schedule A/B..................................................................................................... $ 0.00

   **1b. Total personal property:**
   Copy line 91A from Schedule A/B................................................................................................... $ 517,360.15

   **1c. Total of all property:**
   Copy line 92 from Schedule A/B..................................................................................................... $ 517,360.15

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*..................... $ 582,840.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................................... $ 30,000.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................ +$ 214,235.00

4. **Total liabilities** .................................................................................................................. $ 827,075.00
   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name: **Holdings of South Florida, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known): 3:19-bk-01219

■ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:  Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor

   Current value of debtor's interest

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Bank of America - Wholesale Account - 5296 | Checking | 5296 | $27,182.98 |
| 3.2. | Bank of America - Retail Account - 8660 | Checking | 8660 | $21,009.13 |
| 3.3. | First Atlantic Bank - Checking - 8634 | Checking | 8634 | $157.99 |

4. Other cash equivalents *(Identify all)*

5. **Total of Part 1.** $48,350.10
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:  Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7. Deposits, including security deposits and utility deposits
   Description, including name of holder of deposit

   7.1. JEA - deposit                                                          $1,500.00

| Debtor | Holdings of South Florida, Inc. | Case number (If known) | 3:19-bk-01219 |
|---|---|---|---|
| | Name | | |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.** $1,500.00
   Add lines 7 through 8. Copy the total to line 81.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ■ Yes Fill in the information below.

11. **Accounts receivable**

    11a. 90 days old or less:  75,591.00  -  26,456.85  = ....  $49,134.15
    face amount                doubtful or uncollectible accounts

    11a. 90 days old or less:  81,486.00  -  28,520.10  = ....  $52,965.90
    face amount                doubtful or uncollectible accounts

    11a. 90 days old or less:  198,213.00  -  63,769.00  = ....  $134,444.00
    face amount                doubtful or uncollectible accounts

12. **Total of Part 3.** $236,544.05
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

### Part 4: Investments

13. **Does the debtor own any investments?**

    ■ No. Go to Part 5.
    ☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ■ No. Go to Part 6.
    ☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No. Go to Part 7.
    ☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ■ No. Go to Part 8.
    ☐ Yes Fill in the information below.

Debtor   **Holdings of South Florida, Inc.**                                   Case number *(If known)*  **3:19-bk-01219**
         Name

### Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. 50 Motor Vehicles | $0.00 | | $200,000.00 |
| 47.2. Vehicles on consignment - see SOFA 21 (market value of vehicles on consignment - $126,856) | $0.00 | | $0.00 |
| 47.3. Motor vehicles without liens | $0.00 | | $24,966.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**                                                                                      $224,966.00
    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☒ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

### Part 9: Real property

**54. Does the debtor own or lease any real property?**

☒ No. Go to Part 10.
☐ Yes Fill in the information below.

### Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

60. **Patents, copyrights, trademarks, and trade secrets**

| Debtor | Holdings of South Florida, Inc. | | Case number (If known) | 3:19-bk-01219 |
|---|---|---|---|---|
| | Name | | | |

61. **Internet domain names and websites**

62. **Licenses, franchises, and royalties**

| | | | |
|---|---|---|---|
| Duval County Business License | $0.00 | | $0.00 |
| Motor Vehicle Dealer & Wholesaler Bond (5/1/19 to 4/30/21) | $0.00 | | $0.00 |
| FL DOR 2019 Annual Resale Certificate for Sales Tax | $0.00 | | $0.00 |
| Florida Department of Highway Safety and Motor Vehicles - Independent Dealer License | $0.00 | | $0.00 |
| Florida Office of Financial Regulation - Motor Vehicle Retail Installment Seller | $0.00 | | $0.00 |

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.** $0.00
    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
    ■ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ■ Yes Fill in the information below.

    Current value of
    debtor's interest

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit**

Debtor   **Holdings of South Florida, Inc.**                                   Case number *(If known)*  **3:19-bk-01219**
       Name

| | | |
|---|---|---|
| | has been filed) | |
| 75. | Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims | |
| 76. | Trusts, equitable or future interests in property | |
| 77. | Other property of any kind not already listed *Examples:* Season tickets, country club membership | |
| | Reserves - $6000 held by Floorplan Xpress | $6,000.00 |
| 78. | **Total of Part 11.**  Add lines 71 through 77. Copy the total to line 90. | $6,000.00 |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?**  ■ No  ☐ Yes | |

| Debtor | Holdings of South Florida, Inc. | Case number *(If known)* | 3:19-bk-01219 |
|---|---|---|---|
| | Name | | |

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $48,350.10 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $1,500.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $236,544.05 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $0.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $224,966.00 | |
| 88. Real property. *Copy line 56, Part 9.*........> | | $0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $6,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $517,360.15 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $517,360.15 |

IN RE:  
HOLDINGS OF SOUTH FLORIDA, INC.  
    Debtor(s).

CASE NO.: 3:19-bk-1219-JAF  
Chapter 11

_____/

## DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULE B AND AMENDED SUMMARY OF SCHEDULES

I declare under penalty of perjury that I have read the foregoing Amended Schedule B and Amended Summary of Schedules, consisting of 10 sheets including this page, and that it is true and correct to the best of my knowledge, information and belief.

Date: 07/19/2019

Signature: _____  
HOLDINGS OF SOUTH FLORIDA, INC.  
BY: JOHN ROMBERG, ITS PRESIDENT

Sworn to and subscribed before me this 19th day of July, 2019.

_____  
Notary Public, State of Florida  
  at Large  
My Commission Expires: 08/03/2021

Aimmie Bell  
State of Florida  
My Commission Expires 08/03/2021  
Commission No. GG 131318  
Bonded through CNA Surety